UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-88-1H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| STEPHEN A. LAROQUE | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 104 and its accompanying Exhibit be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Response and Motion [DE-104] to the office of Counsel for the Defendant and the Government.

This 17th day of June, 2013.

Malcolm J. Howard
Senior U.S. District Judge