UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-88-1H(2)

UNITED STATES OF AMERICA

v.

STEPHEN A. LAROQUE

ORDER TO SEAL

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 121 be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Defendant's Brief [DE-121] to the office of Counsel for the Defendant and the Government.

This 2nd day of July 2013.

Malcolm J. Howard
Senior U.S. District Judge