UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-88-1H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| STEPHEN A. LaROQUE | ) | |

Upon motion of the Government, and for good cause shown, it is hereby ORDERED that Docket Entry No. 127 shall be sealed.

SO ORDERED, this the 9th day of July, 2013

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE