UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:12-CR-88-H

UNITED STATES OF AMERICA

v.                                    ORDER

STEPHEN LAROQUE,

        Defendant.


For good cause shown, it is hereby ORDERED that the Defendant's Motion to seal proposed sealed document DE #162 (which is Exhibit G to DE #161) is GRANTED. The court finds the proposed sealed document includes detailed and extensive financial information, including Social Security information and financial account numbers, and redaction is impracticable. The financial statement is on form PROB48, a standard financial form used in the Eastern District that is customarily not placed on CM/ECF for public inspection.

This the _____ 3 _____ day of February, 2014.


                                    _____
                                    HONORABLE MALCOLM J. HOWARD
                                    Senior United States District Judge
                                    Eastern District of North Carolina