IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-88-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEPHEN A. LaROQUE ) | |

This matter is before the court on the government's motion for an order of forfeiture. In light of this court's granting of the defendant's renewed motion for a new trial, the motion for order of forfeiture [DE #170] is dismissed as moot.

This 18th day of February 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26