IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-88-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEPHEN A. LaROQUE ) | |

This matter is before the court on the joint request by counsel for the government and for defendant, both seeking a continuance of the hearing set for Tuesday, February 25, 2014, at 10:00 a.m. For good cause shown, the hearing is hereby continued.

The court will reschedule this matter within ten days unless the parties indicate that such hearing will no longer be necessary.

This 24th day of February, 2014.

                           Malcolm J. Howard
                           Senior United States District Judge

At Greenville, NC
#33