IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-88-1H

UNITED STATES OF AMERICA, )
)
)
)
v. ) **ORDER**
)
)
STEPHEN A. LAROQUE, )
)
Defendant. )

This matter is before the court on the defendant's consent motion for entry of a scheduling order. For good cause shown, the motion is GRANTED as follows:

All pre-trial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16 and 41 of the Federal Rules of Criminal Procedure shall be filed no later than August 15, 2014. Responses to motions shall be filed within fourteen (14) days after the service of such motions.

The court hereby schedules this matter for trial with jury selection to commence at **10:00 a.m. on Monday, October 6, 2014**, at the United States Courthouse in Greenville, North Carolina. Counsel shall appear in chambers at 9:00 a.m. on October 6, 2014, with proposed witness lists specifically identifying each witness' name and city of residence. Counsel shall submit any

proposed voir dire and requests for jury instructions no later than September 15, 2014. Estimated trial time is 10-15 days.

Any delay that results from this continuance of defendant's trial is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 15th day of April 2014.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26