IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-88-1H

| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| STEPHEN A. LaROQUE | : | |

IT IS HEREBY ORDERED, that the Government Exhibits from the June 2013 trial in this matter, be returned to the United States Attorney's Office for the Eastern District of North Carolina. These are to remain in their custody through the time of retrial which is set for October 6, 2014.

SO ORDERED. This 12ᵀᴰ day of _MAY_ , 2014.

MALCOLM J. HOWARD
Senior, United States District Judge