UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:12-CR-88-H

UNITED STATES OF AMERICA

v.

STEPHEN LAROQUE,

Defendant.

ORDER GRANTING
MOTION TO MODIFY DE #189
CONSENT RESTRAINING ORDER

THIS MATTER IS BEFORE THE COURT on the Defendant's motion to modify the consent restraining order filed at DE #189. For good cause shown, and without objection from the Government, it is hereby ORDERED that the motion is GRANTED.

Defense attorney Keith Williams is hereby authorized allowing to move the $56,100.00 he is holding in trust from his non-interest bearing general trust account to an interest-bearing dedicated trust account.

This the 9th day of June 2014.

MALCOLM J. HOWARD
Senior United States District Judge
Eastern District of North Carolina