UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-88-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| STEPHEN A. LaROQUE | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 260 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 22nd day of January 2015.

/s/ Malcolm J. Howard
MALCOLM J. HOWARD
Senior United States District Judge