UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:12-CR-88-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEPHEN LAROQUE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion to amend conditions of release. For good cause shown, and without objection from the Government, it is hereby ORDERED that the motion is GRANTED.

The Defendant shall be permitted to have contact with the following individuals: Robert Masters, Jimmy Kennedy, Debbie Clary, Jim Eldridge, Stu Smith, Lloyd Moody, Angie Johnson, Jerry Hannah, BJ Murphy, Walter LaRoque, Walter Killinger, Randy Kelly, Bert Diener, Susan Moody, Teresa Decker, Carter Sitterson, Jimmy Davis, and Tony Moore.

All other conditions of release as shown in the court's order of August 6, 2012 (DE # 7), shall remain in effect.

This the 30TH day of January, 2015.

MALCOLM J. HOWARD
Senior United States District Judge
Eastern District of North Carolina

Case 4:12-cr-00088-H Document 274 Filed 01/30/15 Page 1 of 1