UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISON
FILE NO. 4:12-CR-88-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL PROPOSED |
| | ) | SEALED DOCUMENTS DE #285 |
| STEPHEN LAROQUE, | ) | AND DE #286 |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that the Defendant's motion to seal proposed sealed documents DE #285 and DE #286 is GRANTED.

This the 1st day of July 2015.

MALCOLM J. HOWARD
Senior United States District Judge