UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:12-CR-88-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER REGARDING |
| v. ) | UNOPPOSED MOTION FOR |
| ) | RECOMMENDATION TO FCI BUTNER |
| STEPHEN LAROQUE, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on the Defendant's motion for a judicial recommendation that he serve his sentence at a federal prison facility located in Butner, North Carolina.

For good cause shown, it is hereby ORDERED that the motion is GRANTED. The Court hereby RECOMMENDS that the Defendant serve his sentence of imprisonment in the above case at a federal prison facility located in Butner, North Carolina.

This the 21st day of July 2015.

MALCOLM J. HOWARD
Senior United States District Judge