IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12CR00088-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| STEPHEN A. LAROQUE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States and for good cause having been shown, it is hereby ORDERED that Docket Entry 328, Exhibit 4, be sealed until further order of this Court.

IT IS SO ORDERED, this the **5th** day of **September 2017.**

_____
MALCOLM J. HOWARD
**SENIOR** UNITED STATES DISTRICT JUDGE