IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-88-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHEN A. LAROQUE, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to quash subpoenas requiring deposition and production of documents. For insufficient cause shown, the motion [DE #340] is denied. This matter remains scheduled for hearing on Tuesday, September 26, 2017 at 10:00 a.m. at the United States Courthouse in Greenville, North Carolina.

This 19th day of September 2017.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26