IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12CR00088-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| STEPHEN A. LAROQUE, | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| v. | ) | |
| EAST CAROLINA DEVELOPMENT COMPANY, INC., | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #330] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #338] in the above-captioned case be unsealed.

This the **18th** day of **September** 2017.

MALCOLM J. HOWARD
**SENIOR UNITED STATES DISTRICT JUDGE**