UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12CR00088-001H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO RETURN PROPERTY |
| ) | |
| STEPHEN A. LAROQUE, ) | |
| ) | |
| Defendant. ) | |

UPON MOTION by the United States for an Order to Return Property to Defendant Stephen A. LaRoque,

IT IS HEREBY ORDERED that the United States Marshals Service return to Defendant Item Numbers 1-25, 27, and 47-48, of the Amended Notice of Levy, [D.E. 325-1], subject to the terms of a settlement agreement between the parties.

IT IS FURTHER ORDERED that the United States Marshals Service coordinate with the Financial Litigation Unit of the United States Attorney's Office for the return of said property.

SO ORDERED, this 2nd day of October, 2018.

_____
MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE